CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

ZACHARY M. GLIMCHER (CABN 308053)
Special Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3680
   FAX: (510) 637-3724
   Zachary.Glimcher@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 25-71426-MAG |
|    Plaintiff, | ORDER TRANSFERRING CASE TO CHARGING DISTRICT |
| v. | |
| GYUNHO "JUSTIN" KIM, | Hearing Date: December 5, 2025 |
|    Defendant. | Hearing Time: 2:00 pm |
| | Hon. Jessica Allen |

**COMMITMENT TO ANOTHER DISTRICT**

1  The case captioned above is to be transferred to the charging district, previously assigned case
2  number 25-mj-10215, and the defendant has been ordered to appear in the
3  District of New Jersey at the next hearing on December 5, 2025.
4  Dated:    December 3, 2025

CRAIG H. MISSAKIAN
United States Attorney
Northern District of California

_____/s/_____
ZACHARY GLIMCHER
Special Assistant United States Attorney

# ORDEER

**IT IS ORDERED:** The case is hereby transferred to the District of New Jersey, and the United States Attorney and the Clerk for that district shall be notified of the defendant's arrival so that further proceedings may be promptly scheduled. The Clerk of this district must promptly transmit the papers and any bail to the charging district.

Dated: December 3, 2025

_____
THOMAS S. HIXSON
United States Magistrate Judge